TRUSTEES OF THE BERGEN COUNTY ODD FELLOWS ASSOCIATION, APPELLANT, v. CITY OF HACKENSACK ET AL., RESPONDENTS.

Argued May 20, 1937—Decided September 22, 1937.

For the appellant, *Weinberger & Weinberger.*

For the respondents, *Donald M. Waesche.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Parker in the Supreme Court.

*For affirmance*—THE CHIEF JUSTICE, TRENCHARD, CASE, BODINE, HEHER, PERSKIE, DEAR, WELLS, WOLFSKEIL, RAFFERTY, COLE, JJ.  11.

*For reversal*—None.